No. 01–10014.  VANN v. SKELOS, NEW YORK STATE SENATOR, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 01–10015.  YOUNG v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 01–10017.  PRITCHARD v. LUBMAN, TRUSTEE.  C. A. 4th Cir.  Certiorari denied.

No. 01–10018.  SORKPOR v. BANK OF BOSTON.  C. A. 1st Cir. Certiorari denied.

No. 01–10020.  REDDEN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 01–10023.  KOLB v. WYOMING DEPARTMENT OF CORRECTIONS.  Sup. Ct. Wyo.  Certiorari denied.

No. 01–10024.  KEMP v. NEW YORK ET AL.  Ct. App. N. Y. Certiorari denied.

No. 01–10025.  SCHREIBER v. AULT ET AL.  C. A. 8th Cir. Certiorari denied.

No. 01–10027.  APAO v. PENAROSA, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 01–10034.  JACKSON v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND.  C. A. 4th Cir.  Certiorari denied.

No. 01–10035.  LUCIO v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 01–10037.  PARKS v. NORTH CAROLINA.  Ct. App. N. C. Certiorari denied.

No. 01–10038.  SADDLER v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 01–10039.  JONES v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.